**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES CONACE,

Petitioner

v.

WORKERS' COMPENSATION APPEAL
BOARD (ARMEN CADILLAC, INC.),

Respondents

: No. 834 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.